UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMIKA GARDNER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAN FRANCISCO PUBLIC LIBRARY, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-08194-SI<br><br>**JUDGMENT** |

On May 4, 2020, the Court dismissed this action without prejudice.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of defendant and against plaintiff.

**IT IS SO ORDERED.**

Dated: May 5, 2020

_____
SUSAN ILLSTON
United States District Judge